## LOVELACE v. CASEY.

No. 4536.   Opinion Filed September 14, 1915.

(151 Pac. 846.)

**APPEAL AND ERROR—Failure to Serve and File Briefs—Affirmance.**
Where plaintiff in error fails to serve and file briefs, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), or to excuse such failure, and the case has been submitted upon the petition in error with case-made attached, the judgment of the trial court may be affirmed upon the ground of such failure.

(Syllabus by Thacker, C.)

*Error from County Court, Oklahoma County;*
*John W. Hayson, Judge.*

Replevin by B. M. Lovelace against Mike Casey. Judgment for defendant, and plaintiff brings error. Affirmed.

Opinion by THACKER, C.   The plaintiff in error, who was plaintiff in the trial court, has wholly failed to serve and file briefs, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), or to excuse his failure to do so; and this case has been submitted for decision upon the petition in error, with case-made attached.

Following the case of *Wright et al. v. State,* 42 Okla. 251, 140 Pac. 1147, the judgment of the trial court should be affirmed for failure of plaintiff in error to serve and file briefs.

By the Court:   It is so ordered.